# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UH CLEVELAND MEDICAL CENTER *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, Secretary, <br> U.S. Department of Health & Human Services, <br> in his official capacity, <br><br> Defendant. | Case No. 22-cv-909 (TJK) |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Stay Proceedings, it is hereby ORDERED that the motion is GRANTED; it is FURTHER ORDERED that this case is stayed and held in abeyance until further order of the Court; and it is FURTHER ORDERED that the parties shall file a joint status report by August 12, 2022.  SO ORDERED.

Dated: _____

                                                                        THE HON. TIMOTHY J. KELLY
                                                                        U.S. District Judge